BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California  93721
(559) 497-4080 (telephone)
(559) 497-4099 (facsimile)

Attorneys for Plaintiff, HILDA L. SOLIS, Secretary of Labor,
United States Department of Labor

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>NATIONAL EMERGENCY MEDICAL SERVICES ASSOCIATION,<br><br>　　　　　　　　　Defendant. | CASE NO.<br><br>**COMPLAINT**<br><br>**For Violation of Title IV of the Labor Management Reporting and Disclosure Act of 1959, 29 U.S.C. § 482** |

　　　　Plaintiff, Hilda L. Solis, Secretary of Labor, alleges as follows:

<u>NATURE OF RELIEF</u>

　　　　1.　　Plaintiff brings this action under Title IV of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. §§ 481-483 (the Act), for an order directing Defendant to conduct an election for the offices of Vice President, Treasurer, California Bay Area Regional Director 1, California Valley Regional Director, California Bay Area Regional Director 2, Southern California Regional Director, and Northeast Regional Director under the supervision of Plaintiff, and for other appropriate relief.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 29 U.S.C. § 482(b), 28 U.S.C. § 1331, and 28 U.S.C. § 1345.

3. Venue lies in this district pursuant to 29 U.S.C. § 482(b) and 28 U.S.C. §1391(b).

## PARTIES

4. Plaintiff, Hilda L. Solis, is the duly appointed Secretary of Labor, United States Department of Labor. Plaintiff is authorized to bring this action under Section 402(b) of Title IV of the Act (29 U.S.C. § 482(b)).

5. Defendant, National Emergency Medical Services Association (NEMSA), is, and at all times relevant to this action has been, an incorporated association maintaining its principal office at 4701 Sisk Road, Suite 102, City of Modesto, County of Stanislaus, State of California, within the jurisdiction of this district.

## FACTUAL ALLEGATIONS

6. Defendant is, and at all times relevant to this action has been, a labor organization engaged in an industry affecting commerce within the meaning of sections 3(i) and 3(j) of the Act, 29 U.S.C. §§ 402(i) and 402(j).

7. Section 401(b) of the Act, 29 U.S.C.§ 481(b), requires that "[e]very local labor organization shall elect its officers not less often than once every three years by secret ballot among the members in good standing."

8. Defendant is a local labor organization within the meaning of Section 401(b) of the Act, 29 U.S.C. § 481(b), because it performs the functions of a local union and does not have any subordinate local unions.

9. "Officer," as defined in section 3(n) of the Act, 29 U.S.C. § 402(n), includes "any person authorized to perform the functions of president, vice president, secretary, treasurer, or other executive functions of a labor organization, and any member of its executive board or similar governing body."

10. Defendant's Vice President and Treasurer are officers as defined in section 3(n) of the Act, 29 U.S.C. § 402(n), because they are identified in Article VII, Section 1 of Defendant's Constitution and

///

Bylaws as officers performing duties that fall within that section and are members of Defendant's Board of Directors.

11. Defendant's California Bay Area Regional Director 1, California Valley Regional Director, California Bay Area Regional Director 2, Southern California Regional Director, and Northeast Regional Director are officers as defined in section 3(n) of the Act, 29 U.S.C. §402(n), because they perform executive functions and are members of Defendant's Board of Directors.

12. Article VI, Sections 6 and 7 and Article VIII, Section 1 of Defendant's Constitution and Bylaws require all officers and directors to be elected to three year terms, provide for the holding of elections on June 1 of each year in which elections are scheduled, and provide for election for the position of Director by the members in the Director's region.

13. Defendant has not elected a Valley Regional Director or Bay Area Regional Director 1 since the officers were last elected in August 2007.

14. Defendant has not elected a Vice President or Treasurer since the officers were last elected in August 2008.

15. On August 5, 2010, Defendant created and appointed officers as Bay Area Regional Director 2, Southern California Regional Director, and Northeast Regional Director.

16. Defendant did not conduct its regularly scheduled election on June 1, 2011.

17. By letter dated June 8, 2011, to the Board of Directors, the complainant, Louis Nizzari, a member in good standing of Defendant, protested Defendant's (a) failure to hold an election not less often than once every three years; and (b) failure to properly elect and fill three newly created regional director positions in violation of the Act and Defendant's Constitution and Bylaws.

18. On June 30, 2011, Nizzari filed a Demand for Arbitration to the American Arbitration American (AAA) to arbitrate his election protest against Defendant.

19. By email on July 29, 2011, Defendant's counsel notified Nizzari that Defendant's Constitution and Bylaws had been amended such that it no longer used AAA for arbitration and that it now used the State of California Mediation and Conciliation Service (CSMCS).

20. On August 2, 2011, Nizzari withdrew his Demand for Arbitration from the AAA.

///

21.     By letter dated August 25, 2011, to the CSMCS, Nizzari requested CSMCS hear his grievance.

22.     By letter dated August 30, 2011, to Nizzari, CSMCS asked if Nizzari preferred mediation or arbitration service.

23.     By letter dated September 6, 2011, to CSMCS, Nizzari requested mediation service.

24.     Having invoked the remedies available under the Defendant's Constitution and Bylaws for three calendar months without receiving a final decision after invocation, Nizarri filed a timely complaint, dated September 19, 2011, which the Secretary of Labor received on September 20, 2011, within the one calendar month period required under section 402(a)(2) of the Act, 29 U.S.C. § 482(a)(2).

25.     Pursuant to section 601 of the Act, 29 U.S.C. § 521, and in accordance with section 402(b) of the Act, 29 U.S.C. § 482(b), the Plaintiff investigated the complaint and, as a result of the facts shown by her investigation, found probable cause to believe that: (1) violations of Title IV of the Act, 29 U.S.C. §§ 481-484, had occurred; and (2) that such violations had not been remedied at the time of the institution of this action.

## CAUSES OF ACTION

26.     Defendant violated sections 401(b) of the Act, 29 U.S.C. §§ 481(b), by failing to hold its election for Vice President, Treasurer, California Bay Area Regional Director 1, and California Valley Regional Director not less often than once every three years by secret ballot among members in good standing.

27.     Defendant violated section 401(b) of the Act, 29 U.S.C. § 481(b), by failing to hold an election for California Bay Area Regional Director 2, Southern California Regional Director, and Northeast Regional Director during its regularly scheduled election that was to occur on June 1, 2011.

28.     Defendant violated section 401(e) of the Act, 29 U.S.C. § 481(e), by failing to hold its election for Vice President, Treasurer, California Bay Area Regional Director 1, California Valley Regional Director, California Bay Area Regional Director 2, Southern California Regional Director, and Northeast Regional Director in violation of Defendant's Constitution and Bylaws.

///

///

PRAYER FOR RELIEF

WHEREFORE, the plaintiff request that this Court:

(a) enter an order directing the Defendant to conduct an election for the offices of Vice President, Treasurer, California Bay Area Regional Director 1, California Valley Regional Director, California Bay Area Regional Director 2, Southern California Regional Director, and Northeast Regional Director under the supervision of the plaintiff;

(b) for the costs of this action; and

(c) for such other relief as may be appropriate.

TONY WEST
Assistant Attorney General

BENJAMIN B. WAGNER
United States Attorney

Date: November 18, 2011      By:   /s/Glen F. Dorgan
GLEN F. DORGAN
Assistant United States Attorney

OF COUNSEL:

M. PATRICIA SMITH
Solicitor of Labor

CHRISTOPHER WILKINSON
Associate Solicitor

LAWRENCE BREWSTER
Regional Solicitor
OF COUNSEL

CLINTON WOLCOTT
Counsel for Legal Advice

LINDSY LEE
Attorney