BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4080
Facsimile: (559) 497-4099

Attorneys for Plaintiff, HILDA L. SOLIS, Secretary of Labor,
United States Department of Labor

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>NATIONAL EMERGENCY MEDICAL SERVICES ASSOCIATION,<br><br>　　　　　　Defendant. | Case No. 1:11-cv-01929 AWI-GSA<br><br>STIPULATION AND ORDER CONTINUING THE HEARING DATE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT TO MAY 14, 2012 |

　　　　Plaintiff, Hilda L. Solis, Secretary of Labor, United States Department of Labor, and Defendant, National Emergency Medical Services Association, through its counsel of record, stipulate as follows:

　　　　1.　　The hearing on Plaintiff's motion for summary judgment is presently scheduled for April 10, 2012, at 8:30 a.m. in Department 4.

///

2. After Plaintiff's motion was filed, the Court reassigned this matter to the Honorable Anthony W. Ishii [Doc. # 26]. Although the order reassigning the case does not address the pending motion for summary judgment, the parties anticipate that the hearing on the motion will require rescheduling on a date convenient to the Court. Additionally, the parties' counsel conferred and discussed the need to reschedule the hearing given the limited notice period and certain intervening scheduling matters in this and the related case (Case No. 1:11-cv-00529) that will interfere with both parties' efforts to meet the current briefing deadlines for the motion.

3. Accordingly, the parties desire, and hereby stipulate, to continue the hearing on Plaintiff's motion for summary judgment to May 14, 2012, at 1:30 p.m. in Department 2, or, if such date and time is inconvenient or unavailable to the Court, to such other date and time convenient to the Court that is three to four weeks out from the original April 10, 2012, hearing date.

Dated: March 23, 2012

                                                BENJAMIN B. WAGNER
                                                United States Attorney

                    By      /s/Glen F. Dorgan
                            Glen F. Dorgan
                            Assistant United States Attorney
                            Attorney for Plaintiff,

Dated: March 23, 2012

                            GOYETTE & ASSOCIATES, INC.

                            /s/Paul Goyette
                            Paul Goyette
                            Attorney for Defendant

2

_____
STIPULATION AND ORDER
CONTINUING THE HEARING DATE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**ORDER**

IT IS HEREBY ORDERED that the hearing on Plaintiff's motion for summary judgment is continued to May 14, 2012 at 1:30 p.m. in Courtroom 2.

IT IS SO ORDERED.

Dated:     March 23, 2012         /s/ _____
                                  CHIEF UNITED STATES DISTRICT JUDGE

3

_____
STIPULATION AND ORDER
CONTINUING THE HEARING DATE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT