UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL EMERGENCY MEDICAL SERVICES ASSOCIATION,<br><br>Defendant. | CASE NO. 1:11-CV-1929 AWI GSA<br><br>ORDER VACATING HEARING DATE OF MAY 14, 2012 AND TAKING MATTER UNDER SUBMISSION |

Plaintiff Hilda Solis has filed a motion for summary judgment. Defendant NEMSA has filed an opposition. Plaintiff has filed a reply. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 14, 2012 is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: May 8, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

1