Geoffrey O. Evers (140541)
Evers Law Group, A Professional Corporation
641 Fulton Avenue, Suite 200
Sacramento, CA 95864
tel: 916-974-3000
fax: 916-720-0332
g.evers@everslaw.com

Attorney for Defendant
National Emergency Medical Services Association

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>   Plaintiff,<br><br>v.<br><br>NATIONAL EMERGENCY MEDICAL SERVICES ASSOCIATION,<br><br>   Defendant._____/ | Case No. 1:11 CV 01929 AWI GSA<br><br>NOTICE AND ORDER FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT, NATIONAL EMERGENCY MEDICAL SERVICES ASSOCIATION |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that Defendant, NATIONAL EMERGENCY MEDICAL SERVICES ASSOCIATION (hereinafter Defendant) substitutes Geoffrey O. Evers of Evers Law Group, P.C. as its new counsel and requests this court order the substitution of Evers Law Group, P.C. as attorney of record in this matter.

FORMER ATTORNEY

Defendant formerly was represented by:

   Gary G. Goyette
   Goyette & Associates, Inc.
   2366 Gold meadow Drive, #A
   Gold River, CA 95670

1

NEW ATTORNEY

Defendant's new counsel in this matter and new attorney of record on whom all notices and papers may be served:

> Geoffrey O. Evers
> Evers Law Group, A Professional Corporation
> 641 Fulton Avenue, Suite 200
> Sacramento, CA 95825
> telephone:  916-974-3000
> facsimile:  916-720-0332
> email:       g.evers@everslaw.com

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter.

Dated: May 10, 2012     /s/ Torren Colcord
Torren Colcord on behalf of
National Emergency Medical
Services Association

Dated: May 9, 2012     Respectfully submitted,
Evers Law Group, A Professional Corporation

/s/ Geoffrey O. Evers
Geoffrey O. Evers
Attorney for Defendant
National Emergency Medical
Services Association

IT IS SO ORDERED.

Dated: **May 11, 2012**     **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

2