BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California  93721
(559) 497-4080 (telephone)
(559) 497-4099 (facsimile)

Attorneys for Plaintiff HILDA L. SOLIS, Secretary of Labor, U.S. Dept. of Labor

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL EMERGENCY MEDICAL SERVICES ASSOCIATION,<br><br>Defendant. | CASE NO. 1:11-cv-01929 AWI-GSA<br><br>**STIPULATION OF SETTLEMENT** |

It is hereby stipulated that the Plaintiff, Hilda L. Solis, Secretary of Labor (Secretary), and the Defendant, National Emergency Medical Services Association (NEMSA), by and through their undersigned counsel hereby agree to the settlement of these disputes as follows and respectfully request that the court so order:

1.     The Secretary brought the following action pursuant to Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (as amended), 29 U.S.C. § 401, et seq., (hereinafter referred to as the Act):  Case No. 1:11-CV-01929-AWI-GSA ("the Action").

2.     In the Action, the Secretary alleged that, in or about 2010 and 2011,(i) the Defendant did not conduct an election for the offices of Vice President, Treasurer, Valley Regional Director, Bay Area Regional Director 1, Bay Area Regional Director 2, Eastern States Regional Director, and Southern

California Regional Director, and (ii) the Defendant's actions and inactions violated section 401 of the Act (29 U.S.C. §481). The Secretary brought the Action for the purpose of ordering that the Defendant conduct an election of union officers for the offices of Vice President, Treasurer, Valley Regional Director, Bay Area Regional Director 1, Bay Area Regional Director 2, Eastern States Regional Director, and Southern California Regional Director under the supervision of the Secretary of Labor.

3. NEMSA does not admit that it violated any of the aforementioned provisions of the Act in 2010 or 2011.

4. The Parties, in settlement of the Action, hereby stipulate and agree that the Defendant shall conduct prior to November 30, 2012, under the supervision of the Secretary, an election of officers, including nominations, for the positions of Vice President, Treasurer, Valley Regional Director, Bay Area Regional Director 1, Bay Area Regional Director 2, Eastern States Regional Director, and Southern California Regional Director.

5. The Parties agree that the term of office for each officer position elected in the supervised election will be from the date of installation until the term expiration date listed below:

   a. Vice President – term expires no later than June 30, 2015
   b. Treasurer – term expires no later than June 30, 2015
   c. Valley Regional Director – term expires no later than June 30, 2013
   d. Bay Area Regional Director 1 – term expires no later than June 30, 2013
   e. Bay Area Regional Director 2 – term expires no later than June 30, 2015
   f. Eastern States Regional Director – term expires no later than June 30, 2015
   g. Southern California Regional Director – term expires no later than June 30, 2015

6. The Parties agree that the supervised election shall be conducted in accordance with Title IV of the Act, 29 U.S.C. §§ 481-484, and, insofar as lawful and practicable, in accordance with the NEMSA Constitution and Bylaws.

7. For this supervised election, the Secretary will enforce any established NEMSA policy concerning write-in votes that is communicated to the members prior to the mailing of ballots.

///

///

8.      All decisions as to the interpretation or application of Title IV of the Act and the NEMSA Constitution and Bylaws relating to the supervised election are to be determined by the Secretary, and her decisions shall be final and binding, except as subject to review by the court.

9.      The Parties agree that upon approval of this stipulation by the Court and until the ballot tally, the Election Supervisor will make arrangements to review and approve all written communications from NEMSA to its membership, including postings to the NEMSA website, prior to NEMSA sending or posting such communications to its membership.

10.     The Court shall retain jurisdiction of this Action.  After completion of the supervised election, the Secretary shall certify to the Court the names of the persons so elected, that such election was conducted in accordance with Title IV of the Act, and, insofar as lawful and practicable, that the election was conducted in accordance with the NEMSA Constitution and Bylaws.  Upon the Court's receipt and approval of such certification, the Court shall enter a decree declaring that such persons have been elected as shown by such certification to serve as the duly elected officers of NEMSA.  Following the Court's decree, the Department's involvement in this dispute will be ended, and NEMSA shall return to self-governance subject to the Act and the Secretary's authority to enforce the Act.

11.     Each party agrees to bear its own costs, fees, and other expenses incurred by such party in connection with any stage of this proceeding.

Respectfully submitted,

Dated:  July 9, 2012

BY:     /s/ Glen F. Dorgan
        GLEN F. DORGAN
        Assistant United States Attorney
        2500 Tulare Street, Suite 4401
        Fresno, California  93721
        (559) 497-4080 (telephone)
        (559) 497-4099 (facsimile)


(As Authorized 7/9/12)

/s/ Geoffrey O. Evers
Geoffrey O. Evers
Evers Law Group, P.C.
641 Fulton Ave., Suite 200
Sacramento, California 95825
(916) 974-3000 (telephone)
(916) 720-0332 (facsimile)