UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL EMERGENCY MEDICAL SERVICES ASSOCIATION,<br><br>　　　　　Defendant. | CASE NO. 1:11-CV-1929 AWI GSA<br><br>ORDER RE: MOTION FOR SUMMARY JUDGMENT |

Plaintiff Department of Labor made a motion for summary judgment. Doc. 24. Subsequently, the parties settled the case. Docs. 40 and 43.  The court has retained jurisdiction to ensure that the election process is properly undertaken.  The settlement moots the outstanding motion for summary judgment.  That motion is formally DENIED without prejudice.

IT IS SO ORDERED.

Dated:   March 26, 2013　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE