BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4080 (telephone)
(559) 497-4099 (facsimile)

Attorneys for Plaintiff SETH D. HARRIS, Acting Secretary of Labor, U.S. Dept. of Labor

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH D. HARRIS, Acting Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL EMERGENCY MEDICAL SERVICES ASSOCIATION,<br><br>Defendant. | CASE NO. 1:11-cv-0001929 AWI-GSA<br><br>**PLAINTIFF'S CERTIFICATION OF ELECTION** |

Pursuant to Order [Doc. 48] dated March 1, 2013, and the terms of the Stipulation of Settlement filed July 11, 2012, Plaintiff Seth D. Harris, Acting Secretary of Labor ("the Secretary"), respectfully submits the attached Certification of Election and Declaration of Patricia Fox attached as Exhibit A.

DATED: April 25, 2013

                                                                   Respectfully submitted,

                                                                   BENJAMIN B. WAGNER
                                                                   United States Attorney

BY:   /s/ Glen F. Dorgan
        GLEN F. DORGAN
        Assistant United States Attorney
        2500 Tulare Street, Suite 4401
        Fresno, California 93721
        (559) 497-4080 (telephone)
        (559) 497-4099 (facsimile)

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH D. HARRIS,[1]<br>  Acting Secretary of Labor,<br>  United States Department of Labor,<br><br>       Plaintiff,<br><br>    v.<br><br>NATIONAL EMERGENCY MEDICAL<br>SERVICES ASSOCIATION,<br><br>       Defendant. | CASE NO. 1-11-cv-01929 AWI-GSA<br><br>**CERTIFICATION OF ELECTION** |

The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to a Stipulation of Settlement dated July 11, 2012, a Stipulation and Order dated November 9, 2012, and an Order dated

---

[1] This action was originally brought by Hilda L. Solis, former Secretary of Labor, designated Acting Secretary of Labor Seth D. Harris is automatically substituted as party in accordance with Rule 25(d), Federal Rules of Civil Procedure.

Certification of Election                 1

March 1, 2013, in the United States District Court, Eastern District of California, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. §§ 481-483), and in conformity with the constitution and bylaws of the defendant labor organization, insofar as lawful and practicable, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the offices designated:

| | |
|---|---|
| Vacant[2] | Vice President |
| Travis Tandy | Treasurer |
| Leon Savino | Northern California Regional Director |
| Paul McKee | Southern California Regional Director |
| Scott Thomas | Eastern States Regional Director |

---

[2] The sole nominee for vice president was found not eligible to run for vice president since he had not paid dues for 24 continuous months prior to nominations as required by Article VI, Section 3 of the National Emergency Medical Services Association (NEMSA) bylaws. The position of vice president was therefore deemed vacant. Pursuant to Article VIII, Section 4(D) of the NEMSA bylaws, the president shall, subject to the approval of the entire Board of Directors, fill a vacant officer position.

Certification of Election                    2

Attached herewith is a declaration setting forth one protest concerning a violation which was alleged to have occurred in the conduct of the election and the findings of the investigation of that protest.

Signed this 24th day of April, 2013.

*Patricia Fox*
Patricia Fox, Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor

Certification of Election                    3

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SETH D. HARRIS, Acting Secretary of Labor[1]

    Plaintiff,

v.                                 CASE NOS. 1-11-cv-00529 AWI-GSA

                                             1-11-cv-01929 AWI-GSA

NATIONAL EMERGENCY MEDICAL
SERVICES ASSOCIATION,

    Defendant.

## DECLARATION OF PATRICIA FOX

I, Patricia Fox, am the Chief, Division of Enforcement, Office of Labor-Management Standards (OLMS), United States Department of Labor (Department). Pursuant to Stipulation of Settlements filed in the United States District Court, Eastern District of California on July 11, 2012 and November 9, 2012, and Orders dated March 1, 2013, the Department supervised the mail ballot election concluded by the National Emergency Medical Services Association (NEMSA) on April 4, 2013, for the

---

[1] This action was originally brought by Hilda L. Solis, former Secretary of Labor, designated Acting Secretary of Labor Seth D. Harris is automatically substituted as party in accordance with Rule 25(d), Federal Rules of Civil Procedure.

offices of President, Vice President, Treasurer, Eastern States Regional Director, Northern California Regional Director, and Southern California Regional Director. Prior to the completion of said election, a member of NEMSA filed an election complaint with the Department on February 1, 2013, alleging that Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (Act or LMRDA), 29 U.S.C. §§ 481-484, was violated during the conduct of the supervised election. The Department investigated the allegation. As a result of this investigation, as presented herein, I find that there was no violation of the Act.

In an e-mail dated February 1, 2013, Patrick Gorman, a member of NEMSA, alleged that NEMSA violated its bylaws when a vacancy in the office of Vice President was filled without the approval of the entire NEMSA Board of Directors.

Section 401(e) of Title IV, 29 U.S.C. § 481(e), provides, "reasonable opportunity shall be given for the nomination of candidates. . . ." *See also* 29 C.F.R. § 452.55. The Department's investigation disclosed that, during the nominations process, NEMSA complied with the nomination provision of Title IV of the LMRDA, 29 U.S.C. § 481(e), and only one NEMSA member, Patrick Gorman, was nominated for the office of Vice President. Article VI, Section 3 of the NEMSA bylaws requires that candidates for Vice President pay their dues continuously for the 24 months prior to nominations to be eligible for candidacy. The Department's review of NEMSA's dues payment records disclosed that Patrick Gorman, the sole nominee for Vice President, failed to satisfy the continuous good standing requirement, as set forth in Article VI, Section 3 of the NEMSA bylaws. Thus, no qualified candidate was nominated for the office of Vice

President, leaving a vacancy for that office. Even though no qualified candidate was nominated for this position, section 401(e) of Title IV, 29 U.S.C. § 481(e), was satisfied as all NEMSA members were afforded a reasonable opportunity to nominate candidates.

As the nominations process left a vacancy for the office of Vice President, that vacancy could be filled by any process provided for in the NEMSA bylaws, a process that need not conform to and is not governed by the election provisions of the LMRDA. *See* 29 C.F.R. § 452.25. Thus, the process used by NEMSA to fill this vacancy could not have violated the election provisions of the LMRDA.

The Department has concluded from its investigation that NEMSA's election of officers, conducted under the Department's supervision and concluded on April 4, 2013, was in compliance with Title IV of the Act and was conducted, insofar as lawful and practicable, in accordance with the Bylaws of NEMSA. Therefore, no reason exists to overturn the results of this election.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 24th day of April 2013, in the City of Washington, District of Columbia.

*Patricia Fox*
Patricia Fox
Chief, Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor
Washington, D.C. 20210