BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4080 (telephone)
(559) 497-4099 (facsimile)

Attorneys for Plaintiff SETH D. HARRIS, Acting Secretary of Labor, U.S. Dept. of Labor

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH D. HARRIS, Acting Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL EMERGENCY MEDICAL SERVICES ASSOCIATION,<br><br>Defendant. | CASE NO. 1:11-cv-01929 AWI-GSA<br><br>**AMENDED JUDGMENT** |

On November 18, 2011, Plaintiff Hilda L. Solis, United States Secretary of Labor, brought an action pursuant to Title IV of the Labor-Management Reporting and Disclosure Action of 1959 (as amended), 29 U.S.C. Sections 481-483, (the "Act") against Defendant National Emergency Medical Services Association ("NEMSA"), for an order directing the Defendant to conduct an election for the offices of Vice President, Treasurer, California Bay Area Regional Director 1, California Valley Regional Director, California Bay Area Regional Director 2, Southern California Regional Director, and Northeast Regional Director under the supervision of the Plaintiff.

On July 11, 2012, the parties entered into a Stipulation of Settlement by which they agreed, that (1) Defendant would hold an election for the officers, including nominations, for the positions of Vice President, Treasurer, California Bay Area Regional Director 1, California Valley Regional Director, California Bay Area Regional Director 2, Southern California Regional Director, and Northeast Regional

Director under the supervision of the Plaintiff in November 2012, (2) Upon completion of the election, the Secretary would certify to the Court the names of the persons so elected, and (3) upon approval of such certification, the Court shall enter a Judgment declaring that such persons have been elected as shown by such certification.

By Order dated November 9, 2012, the deadline to complete the supervised election was extended from November 2012 to January 31, 2013 and the offices to be elected were modified to be the Vice President, Treasurer, Northern California Regional Director, Southern California Regional Director and Eastern States Regional Director.

On April 24, 2013, the Secretary certified, pursuant to Section 402(c) of the Act (29 U.S.C. Section482(c)), that the following named candidates have been duly elected to the offices designated:

| | |
|---|---|
| Vacant[1] | Vice President |
| Travis Tandy | Treasurer |
| Leon Savino | Northern California Regional Director |
| Paul McKee | Southern California Regional Director |
| Scott Thomas | Eastern States Regional Director |

Accordingly, the Court hereby ORDERS that judgment be entered as follows:

A. The Certification of Election dated April 24, 2013, is approved.

B. The following named candidates have been elected to their respective offices, in accordance with the terms of the parties' Stipulation of Settlement, to serve a term expiring no later than June 30, 2015:

| | |
|---|---|
| Travis Tandy | Treasurer |
| Leon Savino | Northern California Regional Director |
| Paul McKee | Southern California Regional Director |
| Scott Thomas | Eastern States Regional Director |

---

[1] The sole nominee for vice president was found not eligible to run for vice president since he had not paid dues for 24 continuous months prior to nominations as required Article VI, Section 3 of the National Emergency Medical Services Association (NEMSA) bylaws. The position of vice president was therefore deemed vacant. Pursuant to Article VIII, Section 4(D) of the NEMSA bylaws, the president shall, subject to the approval of the entire Board of directors, fill a vacant officer position.

1     C. Each party shall bear its own costs, fees and expenses.

IT IS SO ORDERED.

Dated:   May 2, 2013                             _____

                                                     SENIOR DISTRICT JUDGE